**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DUNCAN J. MCNEIL, III**

**v.** **C.A. NO. 04 - 300 ML**

**UNITED STATES OF AMERICA, et al.**

**MEMORANDUM AND ORDER**

Duncan J. McNeil, III, *pro se*, an inmate confined at Spokane County Jail, Washington, filed a civil action in this Court naming as defendants the United States of America and its officers and agencies. Together with his complaint, plaintiff filed a motion to proceed *in forma pauperis*. Title 28, U.S.C. Section 1915, which governs proceedings *in forma pauperis*, provides in pertinent part:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court notes that the plaintiff was allowed to proceed *in forma pauperis* in at least five prior civil actions while he was incarcerated. However, all five cases were dismissed as frivolous or malicious. See McNeil v. United States, 2005 WL 1521485 (N.D. Tex. Jan. 28, 2005), citing McNeil v. Spokane County Jail, No. 04-371-AAM (E.D. Wash. Nov. 9, 2004); McNeil v. Gregoire, No. 03-372-AAM (E.D. Wash. Nov. 9, 2004); McNeil v. Miller, No. 04-378-AAM (E.D. Wash. Nov. 9, 2004); McNeil v. Tighe, No. 04-379-AAM (E.D. Wash. Nov. 9, 2004); McNeil v. Williams, No. 04-380-AAM (E.D. Wash. Nov. 9, 2004). Additionally, plaintiff has been deemed a "vexatious litigant" in the Eastern District of Washington, the United States Bankruptcy Court for the Central District of California, and the Spokane County Superior Court. McNeil v. United States, 2005 WL 1521485

at n. 1, citing McNeil v. Brandt, No. C05-1043-RSL (W.D. Wash. Jun. 14, 2005).

Since plaintiff has filed more than three suits that were dismissed as frivolous, plaintiff may not proceed *in forma pauperis* in this case unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). While plaintiff makes a bald assertion in his complaint that he is "under imminent danger of serious physical injury" in an effort to bypass Section 1915(g), see Complaint at 2, no facts alleged substantiate this claim. Indeed, plaintiff's complaint is, at best, vague and conclusory.

The Court also notes that the plaintiff is an inmate in Spokane, Washington and it is unclear why he has chosen this venue to pursue this action since there is no obvious connection to this jurisdiction. The Court can only surmise that the plaintiff has chosen to file suit here after being prohibited from proceeding elsewhere. See McNeil v. United States, 2005 WL 1521485; see also McNeil v. Powers, 97 P.3d 760, 763 (Wash. Ct. App., 2004)(noting that a federal judge found that an "entire suit [by McNeil] appear[ed] to be yet another installment in Mr. McNeil's continuing effort to harass as many parties in as many legal forums as possible.").

In any event, plaintiff's motion to proceed *in forma pauperis* is **DENIED**. Plaintiff is hereby **ORDERED** to pay the initial filing fee of $250.00 within ten days of this Order. Failure to pay the filing fee within the time prescribed will result in a dismissal of this action.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 19, 2005