**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**DUNCAN J. MCNEIL, III**

**v.** **C.A. NO. 05 - 300 ML**

**UNITED STATES OF AMERICA, et al.**

**Report and Recommendation**

Duncan J. McNeil, III, *pro se*, an inmate confined at Spokane County Jail, Washington, filed a civil action in this Court naming as defendants the United States of America and all of its officers and agencies. Together with his complaint, plaintiff filed a motion to proceed *in forma pauperis*. On July 19, 2005, the Court denied the motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered the plaintiff to pay the initial filing fee of $250.00 within ten days. To the date of this Report and Recommendation, plaintiff has not paid the initial filing fee. Accordingly, I recommend that the complaint be dismissed.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); Local Rule 32. Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
Date: 8 · 2 · 05