DUNCAN J. MCNEIR, III
2030 W. SPOFFORD
SPOKANE, WA 99205
TEMPORARY ADDRESS:
SPOKANE CO. JAIL
MS-JAIL CP # 293752
1100 W. MALLON
SPOKANE, WA 99260-0150
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISONER - PLAINTIFF

MO-FJM-083
DATE: 8/4/05
TIME: 19:00
FJ-38

# U.S. DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUNCAN J. MCNEIR<br>PLAINTIFF<br>V.<br>UNITED STATES, ET, AL.<br>DEFENDANTS. | CASE NO: CA-05-300-ML<br>EXPARTE MOTIONS TO MODIFY ALTER OR AMEND FINDINGS & ORDERS PURSUANT TO FRCP 52, 59 & 60; EXPARTE MOTION FOR RELIEF FROM ORDER ENTERED 7/19/05 & 8/2/05*; EXPARTE MOTION TO EXTEND TIME |

I, DUNCAN J. MCNEIR, III, AM AN INDIGENT, DISABLED AND AN UNLAWFULLY INCARCERATED PRISONER, BEING SWORN UPON OATH, HEREBY DECLARE THAT:

1. THAT PURSUANT TO 28 U.S.C. § 1915(g), I AM PRESENTLY UNDER IMMINENT DANGER OF SERIOUS PHYSICAL INJURY, DUE TO THE CONDITIONS OF MY CONFINEMENT (DUE TO 8TH AMEND. VIOLATIONS) AND DUE TO THE INTENTIONAL INDIFFERENCE TO MY HEALTH, SAFETY & WELFARE, BY THE WITHHOLDING OF

* 7/19/05 AND 8/2/05 REPORTS OF MAGISTRATE JUDGE

REQUIRED MEDICAL CARE AND TREATMENT BY MY CAPTORS.

2. I FACE THE IMMINENT DANGER OF SERIOUS PHYSICAL INJURY AS ACTS OF RETALIATION & RETRIBUTION FOR MY HAVING SOUGHT TO ENFORCE & EXERT MY CONSTITUTIONALLY PROTECTED RIGHTS, AS PLEAD IN THIS ACTION, AND AS OTHER WISE EXISTING, AS TO THE "FOREIGN JUDGMENTS".

3: THAT THIS ACTION IS BROUGHT AS A COMMON LAW SUIT TO ENFORCE FINAL FEDERAL COURT JUDGMENTS, PURSUANT TO THE U.S. CONST. ART. IV §1.

4. THAT THIS ACTION IS ALSO BROUGHT TO ENFORCE THE REIMPOSED AUTOMATIC STAY, PURSUANT TO 11 USC § 362, AND THE DISCHARGE INJUNCTION AND DISCHARGE, PURSUANT 11 U.S.C. § 524 AND 11 U.S.C § 1141, PURSUANT TO THE CONFIRMED CHAPTER 11 PLAN, ENTERED 6/16/98 IN CASE NO. LA 98-16082-SB, USBC-CD-CA, IN RE BROADWAY BUILDINGS, II L.P.

5. THAT THIS ACTION IS BROUGHT TO VACATE OR DECLARE "VOID" THE EXACT ORDERS REFERENCED

OR RELIED UPON

IN THIS COURT'S ORDERS ISSUED 7/19/05 & 8/2/05 PURSUANT TO THE PROVISIONS OF 28 U.S.C. § 1655, AS SAID ORDERS WERE ENTERED: ① IN A "A CLEAR ABSENCE OF ALL JURISDICTION"; ② BY GRANTING RELIEF IN EXCESS OF THAT PLEAD OR PRESERVED BY THE ADVERSE PARTIES; ③ IN VIOLATION OF THE PLAINTIFF'S RIGHTS TO DUE PROCESS, ON A SUA SPONTE BASIS, WITHOUT NOTICE OR ANY MEANINGFUL OPPORTUNITY TO BE HEARD; AND ④ IN VIOLATION OF 11 USC § 362, 11 U.S.C. § 524 OR 11 U.S.C § 1141.

6. AS SUCH THE PLAINTIFF HEREBY ASSERTS THAT THE EXACT ORDERS REFERENCED (OR RELIED UPON) IN THIS COURT'S ORDERS ISSUED 7/19/05 & 8/2/05 ARE "VOID AB INITIO" ORDERS, OF NO LEGAL FORCE AND EFFECT WHICH CAN BE COLLATERALLY ATTACKED IN THIS ACTION, AND VOIDED IN THIS ACTION, PROHIBITING SAID ORDERS FROM BEING ASSERTED OR ENFORCED AGAINST THE PLAINTIFF, UNTIL THIS

COMMON LAW ACTION TO ENFORCE FINAL JUDGMENTS, AND THIS STATUATORY ACTION (28 U.S.C. § 1655) TO COLLATERALLY ATTACK AND VOID SAID ORDERS, IS DETERMINED ON THE MERITS.

7. ANY ORDER ~~ORDERS~~ ~~[illegible]~~ OR JUDGMENT OF THIS COURT WHICH IS BASED UPON THE "VOID AB INITIO" ORDERS REFERENCED TO IN THIS COURT'S ORDERS OF 7/19/05 & 8/2/05, WILL ALSO BE A "VOID" ORDER.

8. THAT THE PLAINTIFF IS ENTITLED, AS A MATTER OF LAW, TO HAVE HIS COMMON LAW ACTION TO ENFORCE THE CONFIRMED BANKRUPTCY PLAN, AND HIS STATUATORY ACTION TO COLLATERALLY ATTACK THE CLAIMED AND DETERMINED VOID ORDERS, HEARD, ON THE MERITS, AND NOT BY SUMMARILY AND SUA SPONTE DISMISSAL.

9. THAT IN VIOLATION OF THE PLAINTIFF'S 1ST, 6TH & 14TH AMEND RIGHTS, RESULTING IN A CONTINUING AND ONGOING "BOUNDS VIOLATION", THE PLAINTIFF IS BEING DENIED ADEQUATE ACCESS TO THE JAIL LAW LIBRARY, COPIES

LEGAL RESEARCH AND RAW MATERIALS, AS NECESSARY TO TIMELY RESPOND TO THE COURT ORDERS ENTERED 7/19/05 & 8/2/05, HINDERING MY ABILITY TO PURSUE MY NON-FRIVOLOUS LEGAL CLAIMS IN THIS ACTION, ~~ALLEGING ARE~~ WHICH SEEKS TO COLLATERALLY ATTACK MY SENTENCE, AND THE "VOID AB INITIO" ORDERS (OR RELIED UPON) REFERENCED THE COURT'S ORDERS OF 7/19/05 & 8/2/05.

10. THAT GIVEN THE REQUESTED EXTENSION, ALLOWING ME MEANINGFUL ACCESS TO THIS COURT, I WILL BE ABLE TO PRESENT AFFIDAVITS AND REQUESTS FOR JUDICIAL NOTICE, THAT WILL SUBSTANTIATE, VALIDATE, SUPPORT AND ESTABLISH THAT MY CLAIMS ARE ~~MERITOUS~~ MERITORIOUS AND NON-FRIVOLOUS.

11. THAT MY PRISON OFFICIALS HAVE FAILED TO FULLFILL THEIR AFFIRMATIVE DUTY TO ENSURE THAT MY ACCESS TO THE COURTS IS "ADEQUATE, EFFECTIVE AND MEANINGFUL", SEE BOUNDS V. SMITH, 430 U.S. 817, AT 822, 97 S.CT. 1491, AT 1495 (1977); LEWIS V. CASEY 518 U.S. 343, AT 351, 116 S.CT. 2174, AT 2180 (1996).

12. THAT WITHOUT AN EXTENSION OF TIME TO THE DEADLINES IMPOSED BY FRCP 52 AND FRCP 59, THE PLAINTIFF WILL BE ONCE AGAIN DENIED ACCESS TO THE COURTS (A "BOUNDS VIOLATION") AND DENIED DUE PROCESS, AND BE PROHIBITED FROM HAVING A MEANINGFUL OPPORTUNITY TO PRESENT THE SUBJECT CLAIMS TO THE COURT.

13. THE DENIAL OF SUCH AN EXTENSION (DENYING DUE PROCESS) WILL ONLY RESULT IN ANOTHER "VOID AB INITIO" ORDER, ENTERED IN "A CLEAR ABSENCE OF ALL JURISDICTION", RESULTING IN FURTHER UNNECESSARY LITIGATION.

14. AS SUCH THE PLAINTIFF REQUESTS A THIRTY (30) DAY EXTENSION TO FILE A MEMORANDUM, REQUESTS FOR JUDICIAL NOTICE AND AFFIDAVITS/DECLARATIONS IS SUPPORT OF THIS MOTION, FOR RELIEF.

15. I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, PURSUANT TO THE LAWS OF THE U.S. AND THAT THIS MOTION WAS PLACED IN THE INDIGENT OUTGOING MAIL AT SCI SW-26 ON 8/4/05

DATED: 8/4/05

I, DUNCAN J. McNEIL, III, ~~HERE~~BY BEING SWORN UPON OATH, HEREBY DECLARE AS FOLLOWS:

1. THAT I INCORPORATE HEREIN AS SPECIFIC OBJECTIONS TO THE MAGISTRATE JUDGE REPORTS OF 7/19/05 AND 8/2/05 THE FOLLOWING:

a. MY EXPARTE MOTION (FJM-43) DATED 7/15/05 TO ENFORCE WRIT # 02-0002;

b. MY 1ST AMENDED COMPLAINT (FJM-78-2) DATED 7/22/05;

c. MY EXPARTE MOTION TO MODIFY... THE 7/19/05 MAGISTRATE REPORT, (FJM-78-1) DATED 7/22/05;

d. MY EXPARTE MOTION FOR FINDING ~~OF~~ OF "IMMINENT DANGER" (FJM-88) DATED 7/25/05.

2. THAT THE ORDERS REFERRED TO AND RELIED UPON IN THE 7/19/05 MAGISTRATE REPORT ARE SUA SPONTE ORDERS ENTERED WITH OUT NOTICE, OPPORTUNITY TO BE HEARD, AND IN VIOLATION OF THE PLAINTIFF'S DUE PROCESS RIGHTS, AND SAID ORDERS ARE A "NULLITY" AND MAY BE ATTACKED IN THIS ACTION COLLATERALLY BY A PARTY OR A STRANGER, SEE <u>BRADLEY V. ST. LOUIS TERMINAL WAREHOUSE CO.</u>, 189 F.2d 818, AT 824 (8th CIR 1951) AT HEAD NOTE [13].

3. THE ORDERS RELIED UPON BY

THE MAGISTRATE REPORTS ARE "ABSOLUTELY VOID" AND A "NULLITY" AND CAN NOT ~~AND CAN NOT~~ BE THE BASIS FOR THE DENIAL OF ANY RIGHTS THE PLAINTIFF HAS IN THIS ACTION IN THIS DISTRICT AND CAN NOT BE USED AS EVIDENCE AGAINST THE PLAINTIFF, AND MAY BE ATTACKED IN THIS ACTION, COLLATERALLY BY THE PLAINTIFF, AND DECLARED "VOID AB INITIO" BY THIS COURT, SEE IN RE AMERICAN FIDELITY CORPORATION, 28 F. SUPP. 462, AT 470 (S.D. CAL 1939), AT HEAD NOTE [10].

4. A "VOID AB INITIO" ORDER MAY BE DECLARED SO ON A COLLATERAL ATTACK, IN THIS ACTION, SEE CITY OF MEMPHIS V. INGRAM, 195 F.2d 338, AT 341 (8th CIR 1952), AT HEAD NOTE [3].

5. AS SUCH PLAINTIFF REQUESTS RELIEF FROM THE 7/19/05 & 8/2/05 MAGISTRATE JUDGE REPORTS, AND A 30 DAY EXTENSION OF TIME TO MOVE THE COURT FOR ADDITIONAL RELIEF (BEYOND RELIEF ALREADY SOUGHT) AS TO THE "VOID AB INITIO" ORDERS RELIED UPON BY THE MAGISTRATE JUDGE'S REPORTS.

6. PLAINTIFF REQUESTS A GRANTING OF THE IFP, OR A FINDING OF A WAIVER OF THE IFP ALONG WITH RULINGS ON THE OTHER PENDING MOTIONS, ALONG WITH SERVICE ON THE DEFENDANTS, OF THIS COMMON LAW ACTION IN AID OF "FOREIGN JUDGMENTS" SOUGHT TO BE ENFORCED IN THIS DISTRICT.

7. I HEREBY DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY PURSUANT TO THE LAWS OF THE UNITED STATES; AND I CERTIFY THAT THE HEREIN MOTION WAS MAILED IN THE OUTGOING INDIGENT MAIL AT SCJ SW-26 ON 8/4/05.

DATED: 8/5/05

[signature]