UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

DUNCAN J. MCNEIL, III

    v.                                                         C.A. 05-300ML

UNITED STATES OF AMERICA,
CLERK, DISTRICT COURT OF RHODE ISLAND,
CLERK, U.S. BANKRUPTCY COURT OF RHODE ISLAND,
UNITED STATES ATTORNEY FOR RHODE ISLAND,
OFFICE OF THE UNITED STATES TRUSTEE FOR RHODE ISLAND,
UNITED STATES MARSHAL'S SERVICE FOR RHODE ISLAND,
FEDERAL BUREAU OF INVESTIGATIONS FOR RHODE ISLAND,
INTERNAL REVENUE SERVICE FOR RHODE ISLAND,
and SECRET SERVICE AGENCY FOR RHODE ISLAND

ORDER

The Findings and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 2, 2005 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Complaint filed by the plaintiff on July 8, 2005 is hereby DISMISSED.

BY ORDER:

*/s/ Mary M. Lisi*

Mary M. Lisi
U.S. District Judge
August 18, 2005

        Entered as an Order of this Court on August 19, 2005

                                                           *Barbara Barletta*
                                                             Deputy Clerk