# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DUNCAN J. MCNEIL, III

v.

**C.A. NO: 05-300ML**

**UNITED STATES OF AMERICA**
**CLERK, DISTRICT COURT OF RHODE ISLAND,**
**CLERK, U.S. BANKRUPTCY COURT OF**
**RHODE ISLAND, UNITED STATES ATTORNEY**
**FOR RHODE ISLAND, OFFICE OF THE UNITED**
**STATES TRUSTEE FOR RHODE ISLAND, UNITED**
**STATES MARSHAL'S SERVICE FOR RHODE ISLAND,**
**FEDERAL BUREAU OF INVESTIGATIONS FOR RHODE**
**ISLAND, INTERNAL REVENUE SERVICE FOR RHODE ISLAND**
**and SECRET SERVICE AGENCY FOR RHODE ISLAND**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, United States of America, Clerk, District Court of Rhode Island, Clerk, U.S. Bankruptcy Court of Rhode Island, United States Attorney for Rhode Island, Office of the United States Trustee for Rhode Island, United States Marshal's Service for Rhode Island, Federal Bureau of Investigations for Rhode Island, Internal Revenue Service for Rhode Island and Secret Service Agency for Rhode Island, against the plaintiff, Duncan J. McNeil, III, pursuant to the Order of this date accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian pursuant to Title 28 U.S.C. § 636(b)(1). The Complaint filed by the Plaintiff on July 8, 2005 is hereby DISMISSED.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: April 15, 2005**