DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT DISABLED UNLAWFULLY
INCARCERATED "CIVIL DETAINEE"

MO: ~~FJ-MD~~-69
DATE: 9/28/05
FJ- 38

U.S. DISTRICT COURT

DISTRICT OF RHODE ISLAND

DUNCAN J. MCNEIL, III
PLAINTIFF

V.

UNITED STATES ET. AL.
DEFENDANTS.

CASE NO: CA-05-300-ML

EX PARTE MOTION FOR RELIEF FROM SUA SPONTE "VOID" ORDER(S) OF DISMISSAL PER FRCP 52, 59 & 60; MOTION TO AMEND COMPLAINT TO: COMMON LAW ACTION AS A SUPPLEMENTAL BILL IN THE AID OF ENFORCEMENT OF "FOREIGN JUDGMENTS" IN THIS DISTRICT

PURSUANT TO FRCP 52, 59 & 60 PLAINTIFF SEEKS LEAVE FROM THIS COURT'S "VOID" SUA SPONTE ORDER(S) OF DISMISSAL, SEE DE LEON V. DOE 361 F.3d 93, AT 95 (2ND CIR. 2004) AND U.S. EX. REL. KELLY V. BIOD, 255 F.2d 772 (7TH CIR. 1958). THIS COURT HAS A MANDATORY DUTY TO VACATE THE "VOID" SUA SPONTE DISMISSAL ORDER(S) SEE JORDAN V. GILLIGAN 500 F.2d 701, AT 704 (6TH CIR 1974). PLAINTIFF INCORPORATES HEREIN ALL PRIOR MOTIONS AND SEEKS LEAVE TO FILE THE ENCLOSED AMENDED COMPLAINT PURSUANT TO FRCP 8, 10 & 15. SEE ELDRIDGE V. BLOCK 832 F.2d 1132 (9TH CIR 1987) AND WYATT V. CRITTENDEN 113 F.2d 170 (D.C. CIR 1940). I CERTIFY THAT THIS MOTION WAS FILED/MAILED, BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCJ 5W-26 ON 9/28/05.

DATED: 9/28/05 PG 1 OF 4 DJM

# SUPPLEMENTAL DECLARATION OF PLAINTIFF

I, DUNCAN J. MCNEIL, III, BEING SWORN UPON OATH AND DEPOSED, HEREBY DECLARE:

1. THAT THIS ACTION IS A COMMON LAW ACTION, AS A SUPPLEMENTAL BILL, IN AID OF THE ENFORCEMENT OF THE *PLED "FOREIGN JUDGMENTS", IN THIS DISTRICT BY THIS COURT.

2. I AM THE LAWFUL OWNER OF THE "FOREIGN JUDGMENTS" PLED IN THIS ACTION, WHICH I SEEK TO ENFORCE IN THIS DISTRICT AND IN THIS COURT, AGAINST PERSONS AND PROPERTY LOCATED WITHIN THIS DISTRICT.

3. THE "FOREIGN JUDGMENTS" PLED IN PLAINTIFF'S FIRST AMENDED COMPLAINT, AT EX. 2, ARE FINAL, IRREVERSABLE, UNREVIEWABLE AND UNIMPEACHABLE ORDERS, JUDGMENTS, DECREES AND EXECUTIONS THERE ON, WHICH ARE ENTITLED TO FULL FAITH & CREDIT BY THIS COURT. (3)

4. IT IS THIS COURT'S MANDATORY DUTY, AND CONSTITUTIONAL (U.S. CONST. ART. IV § 1) AND STATUATORY (28 U.S.C. § 1738) MANDATORY OBLIGATION TO GRANT FULL FAITH & CREDIT TO THE JUDICIALLY NOTICED AND PLED "FOREIGN JUDGMENTS".

(3) IN DETERMINING THE PLAINTIFF'S RIGHTS TO PROCEED IFP IN THIS ACTION THIS COURT, PER DELEON V. DOE, 361 F.3d 93 AT 95 (2ND CIR 2004) *CANNOT RELY UPON PRIOR DISMISSALS CLAIMED TO BE "STRIKES"; THIS COURT MUST DETERMINE ON IT'S OWN IF PRIOR DISMISSALS ARE STRIKES, OR IF THE PLAINTIFF IS EVEN SUBJECT TO 28 USC 1915(G).

5. THE "FOREIGN JUDGMENTS" ARE FINAL FEDERAL AND STATE COURT JUDGMENTS FROM WHICH NO APPEAL WAS TAKEN, AND FROM NOW, WHICH NO APPEAL CAN BE TAKEN.

6. THE OWNER OF A JUDGMENT HAS A COMMON LAW RIGHT TO SUE ON IT, FIRST NATIONAL BANK OF CAMBRIDGE V. HATFIELD, 20 WASH. 224, 54 P. 1135 (1898).

7. THIS COMMON LAW "SUPPLEMENTAL BILL IN AID" OF THE [illegible] "FOREIGN JUDGMENTS", CAN NOT BE CONSIDERED TO BE AN ACTION THAT IS FRIVOLOUS, MALICIOUS, OR THAT FAILS TO STATE A CLAIM ON WHICH RELIEF MAY BE GRANTED, AS DEFINED IN 28 U.S.C. § 1915(e)(2)(B)(I)-(ii). A PARTY WHO OWNS A JUDGMENT IS "...ENTITLED TO MAINTAIN A BILL TO CARRY THE DECREE INTO EFFECT..."; SEE ADAMS V. ROWE, 39 WASH. 2d 446, AT 447-48, 236 P.2d 355, AT 356 (1951), AT HEAD NOTES [2] AND [5].

8. THE PLAINTIFF'S RIGHT TO PURSUE STATUTORY OR COMMON LAW REMEDIES IN AN ATTEMPT TO ENFORCE AND COLLECT ON A JUDGMENT, IS INHERENT IN THE JUDGMENT, STARKEY V. STARKEY, 242 P.2d 1048 (WASH. 1952).

9. U.S. CONST ART IV § 1 AND 28 U.S.C. § 1738 MAKE IT MANDATORY THAT THIS COURT GRANT FULL FAITH AND CREDIT TO THE PLED "FOREIGN JUDGMENTS", IN THIS ACTION, IN THIS DISTRICT, DAVIS v. DAVIS, 305 U.S. 32, 59 S.CT. 3 (1938).

10. 28 U.S.C. § 1738 AND U.S. CONST. ART IV § 1 DICTATE THAT ALL COURTS OF THE UNITED STATES, BOTH STATE AND FEDERAL, MUST RECOGNIZE AND GIVE FULL EFFECT TO THE VALID AND FINAL "FOREIGN JUDGMENTS" LISTED ON EX. 2, TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT, SEE EMPLOYERS REINSURANCE CORP. v. MIDCONT. CAS. CO., 358 F. 3d 757 (10TH CIR 2004).

11. AS SUCH THE PLAINTIFF SEEKS AN EXTENSION OF TIME TO FILE THE NECESSARY PLEADINGS TO ~~BE~~ OBTAIN RELIEF FROM THIS COURT'S FINDINGS, RECOMENDATIONS OR ORDERS OR DISMISSAL, AS SUCH FINDINGS, RECOMENDATIONS OR ORDERS ARE IN ERROR. THAT I DECLARE THE FOREGOING TO BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY, PURSUANT TO THE LAWS OF THE U.S.

DATED: 9/28/05 [signature]