DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT, DISABLED, UNLAWFULLY
INCARCERATED "CIVIL DETAINEE"

MO: FJ-E-26
DATE: 10/18/05
FJ - FJ-38-A

# U. S. DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUNCAN J. MCNEIL, III PLAINTIFF/APPELLANT v. UNITED STATES, ET. AL. DEFENDANTS/APPELLEES | CASE NO: CA-05-300-ML NOTICE OF APPEAL APPLICATION TO PROCEED IFP ON APPEAL; DESIGNATION OF RECORD MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL |

PLAINTIFF AND APPELLANT HEREBY APPEALS TO THE CIRCUIT COURT OF APPEALS, ALL OF THE ORDERS OF THE DISTRICT COURT, IN THIS MATTER, INCLUDING THOSE DATED: 6/20/05, 7/18/05, 8/2/05, 8/15/05, 8/19/05, 8/18/05, 10/12/05

BY THE ATTACHED APPLICATION, APPELLANT SEEKS LEAVE TO APPEAL IFP, W/O PAYMENT OF COSTS AND FEES. APPELLANT DESIGNATES AS THE RECORD IN THIS APPEAL ALL OF THE DOCUMENTS AND RECORDS OF THE DISTRICT COURT IN THIS MATTER.

APPELLANT SEEKS APPOINTMENT OF COUNSEL IN THIS APPEAL, PURSUANT TO THE ATTACHED APPLICATION 28 U.S.C. § 1915(e)(1) AND JOHNSON v. U.S., 352 U.S. 565 (1957).

I CERTIFY THAT THIS APPEAL WAS FILED/MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCJ SW-26 ON 10/18/05.

14 DATED: 10/18/05 PG 1 OF 22 [signature]
APPELLANT