DUNCAN J. MCNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205

NO: FJA-044
DATE: 11/8/05
FJ- FJ-38-A

U.S. DISTRICT COURT

DISTRICT OF RHODE ISLAND

DUNCAN J. MCNEIL, III
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
"CIVIL DETAINEE", PLAINTIFF,
APPELLANT AND
JUDGMENT CREDITOR

V.

UNITED STATES ET AL.
DEFENDANTS, APPELLEES
AND JUDGMENT DEBTORS

CASE NO:
CA-05-300-ML
AMMENDED NOTICE OF APPEAL AS TO 10/27/05 ORDER DENYING IFP ON APPEAL

THE UNDERSIGNED INDIGENT DISABLED UNLAWFULLY INCARCERATED "CIVIL DETAINEE" PLAINTIFF AND APPELLANT AND JUDGMENT CREDITOR, HEREBY AMENDS AND SUPPLEMENTS HIS PRIOR NOTICE(S) OF APPEAL FILED IN THIS MATTER TO INCLUDE THE APPEAL ~~[illegible]~~ REVIEW AND REVERSAL OF THE ORDER ENTERED IN THIS MATTER DATED 10/27/05.

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY THAT THIS AMENDED NOTICE OF APPEAL WAS FILED/MAILED ON 11/8/05 BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCT SW-26.

DATED: 11/8/05

[signature]