MANDATE

05-00300
USDC/RI
Lisi, J

# United States Court of Appeals
## For the First Circuit

No. 05-2653

DUNCAN J. MCNEIL, III,

Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA, ET AL.

Defendants, Appellees.

Before

Lynch, Lipez, and Howard, Circuit Judges.

**JUDGMENT**
**Entered: January 10, 2006**

There clearly being no basis for the district court's jurisdiction, the judgment of dismissal is summarily affirmed. All pending requests for relief are denied. Loc. R. 27(c).

Appellant is directed not to make any further filings in this court under any case number. Mandate is hereby issued forthwith and the clerk is directed not to accept any further filings in this appeal number.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 1/11/06

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

[cc: Duncan J. McNeil III, Robert Corrente, AUSA}